# EXHIBIT A



OFFICE OF THE ILLINOIS SECRETARY OF STATE

JESSE WHITE
SECRETARY OF STATE

## CORPORATION FILE DETAIL REPORT

| File Number | 68582334 | | |
|---|---|---|---|
| Entity Name | AD ASTRA RECOVERY SERVICES, INC. | | |
| Status | ACTIVE | | |
| Entity Type | CORPORATION | Type of Corp | FOREIGN BCA |
| Qualification Date (Foreign) | 10/22/2012 | State | NEVADA |
| Agent Name | NATIONAL REGISTERED AGENTS INC | Agent Change Date | 02/25/2015 |
| Agent Street Address | 208 SO LASALLE ST, SUITE 814 | President Name & Address | TRACY BENGTSON 7330 W 33RD ST N #118 WICHITA KS 67205 |
| Agent City | CHICAGO | Secretary Name & Address | DOUGLAS RIPPEL 3527 NORTH RIDGE ROAD WICHITA KS 67205 |
| Agent Zip | 60604 | Duration Date | PERPETUAL |
| Annual Report Filing Date | 09/20/2018 | For Year | 2018 |

# EXHIBIT B

**License Details** ×

 Illinois Department of Financial and Professional Regulation

**Contact**
Contact Information

| Name | City/State/Zip | DBA |
|---|---|---|
| AD ASTRA RECOVERY SERVICES INC | Wichita, KS 67205 | |

**License**
License Information

| License Number | Description | Status | First Effective Date | Effective Date | Expiration Date | Ever Disciplined |
|---|---|---|---|---|---|---|
| 017021856 | LICENSED COLLECTION AGENCY | ACTIVE | 04/23/2014 | 05/23/2018 | 05/31/2021 | Y |

**Disciplinary Actions**
Click here for definitions of the different types of disciplinary actions the Department may impose.

The Reason For Action from this Lookup dates back to January 1, 1990. Any actions and/or Reason For Action taken against a license prior to 1990 may not be displayed. Note that the Reason For Action is extracted from the Monthly Disciplinary Report. Therefore, the text in this column may not begin appearing until the report for the month/year the discipline was issued has been compiled.

Please Note: Reason for disciplinary actions which occurred for Real Estate professions prior to February 1, 2008 will not be listed here. Please contact the department for information regarding past Real Estate disciplines.

| Case Number | License Number | Action | Discipline Start Date | Discipline End Date | Reason for Action |
|---|---|---|---|---|---|
| 2013009552 | 017021856 | Fine | 04/04/2014 | | based on violation of Act (Operated as a collection agency prior to licensure.) |
| 2013009552 | 017021856 | Probation | 04/23/2014 | 04/22/2016 | based on violation of Act (Operated as a collection agency prior to licensure.) |

# EXHIBIT C

## *Community Lawyers Group*
*73 W. Monroe Street, Suite 514*
*Chicago, Illinois 60603*
*PH: (312)765-7561*

April 8, 2018

Ad Astra Recovery Service
7330 W 33rd St NSTE 118
Wichita, KS  67205

Re:     *NICK FOUSIAS*

███████████████████

*ACCOUNT: 57576\*\**
*Current Amount of Debt: $117*
*Last 4 of Social:* ███

Dear Sir or Madam:

The above referenced client is represented by our firm regarding all matters in connection with the above referenced debt, please direct any future communication regarding this account to our office. This client regrets not being able to pay, however, at this time they are insolvent, as their monthly expenses exceed the amount of income they receive, and the debt reported on the credit report is not accurate. If their circumstances should change, we will be in touch.

If you wish to discuss this matter, please contact our office directly at (312) 765-7561 to speak with the attorney assigned to the matter, Celetha Chatman.

Sincerely,
/s/ Celetha Chatman

Client Name:

*NICK FOUSIAS*

████████████████████

# EXHIBIT D

**Account name**
AD ASTRA RECOVERY SERVICES

7330 W 33RD ST N STE 118
WICHITA, KS 67205
316 941 5448
**Address identification number**
0117563619

**Original creditor**
SPEEDYCASH.COM 161-IL

**Account number**
5757665

**Type**
Collection
**Terms**
1 Months

**On record until**
Jun 2023

**Recent balance**
$117 as of
12/01/2018

**Credit limit or origi-
nal amount**
$117
**High balance**
$0
**Monthly payment**
$0
**Recent payment
amount**
$0

**Date opened**
12/2016

**Date of status**
04/2017
**First reported**
04/2017
**Responsibility**
Individual

**Status**
<span style="color:red">Collection account.
$117 past due as of
Dec 2018.</span>

**Account history**

| 2018 | | | | | | | | | | | | | 2017 | | | | | | | | | | |
|Dec|Nov|Oct|Sep|Aug|Jul|Jun|May|Apr|Mar|Feb|Jan|Dec|Nov|Oct|Sep|Aug|Jul|Jun|May|Apr|
|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|C|

Collection as of Apr 2017 to Dec 2018

**Balance history**

The following data will appear in the following format:
Date: account balance / date payment received / scheduled payment amount / actual amount paid
Nov 2018: $117 / No data / No data / No data
Oct 2018: $117 / No data / No data / No data
Sep 2018: $117 / No data / No data / No data
Aug 2018: $117 / No data / No data / No data
Jul 2018: $117 / No data / No data / No data
Jun 2018: $117 / No data / No data / No data
May 2018: $117 / No data / No data / No data

Apr 2018: $117 / No data / No data / No data
Mar 2018: $117 / No data / No data / No data
Feb 2018: $117 / No data / No data / No data
Jan 2018: $117 / No data / No data / No data
Dec 2017: $117 / No data / No data / No data
Nov 2017: $117 / No data / No data / No data
Oct 2017: $117 / No data / No data / No data
Sep 2017: $117 / No data / No data / No data
Aug 2017: $117 / No data / No data / No data
Jul 2017: $117 / No data / No data / No data
Jun 2017: $117 / No data / No data / No data
May 2017: $117 / No data / No data / No data
Apr 2017: $117 / No data / No data / No data
The original amount of this account was $117